IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3089 |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN J. GRAY, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The defendant timely filed a motion to suppress on September 25, 2009. Filing No. 19. Accordingly,

IT IS ORDERED that the trial of this case, currently scheduled for October 5, 2009, is continued pending resolution of the defendant's motion to suppress.

DATED this 29th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge