IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:09CR3089 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| STEVEN J. GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the government's motion to continue, (filing no. 21), is granted, and the government's response to the defendant's motion to suppress shall be filed on or before October 9, 2009.

DATED this 5th day of October, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge