IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3089 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| STEVEN J. GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved to continue the trial currently set for January 4, 2010, (filing no. 34), because discovery and trial preparations are ongoing and will not be complete by the currently scheduled trial date. The government does not oppose the requested continuance. The Court finds defendant's motion should be granted.

IT IS ORDERED:

1) Defendant Steven Gray's motion to continue, (filing no. 34), is granted.

2) Trial of this case is set to commence before the Honorable Warren K. Urbom at 9:00 a.m. on March 1, 2010 or as soon thereafter as the case may be called, for a duration of five (5) trial days, in Courtroom 4, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

3) Based upon the showing set forth in the defendant's motion and the representations of his counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and March 1, 2010, shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A).

December 21, 2009.                    BY THE COURT:
                                      *Richard G. Kopf*
                                      United States District Judge