IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3089 |
| | ) | |
| v. | ) | |
| | ) | ORDER ON PRESENTENCE |
| STEVEN J. GRAY, | ) | INVESTIGATION REPORT OBJECTIONS |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The defendant has objected to paragraphs 1, 18, 20, 26, 27, 28, and 36. A hearing to resolve those objections will be held at the time of the sentencing. Except for those paragraphs to which objections has been made, I tentatively find that the Presentence Investigation Report is true and accurate. Objection to these tentative findings may be made at the time of the sentencing, but no evidence with respect to them will be received.

    The Motion for Variance and the Motion for Downward Departure will be considered at the time of the sentencing hearing.

    Dated August 2, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge