IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3089 |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN J. GRAY, | ) | ORDER ON MOTION TO CONTINUE |
| | ) | SENTENCING |
| Defendant. | ) | |
| | ) | |

The defendant, by and through his counsel, filed a Motion to Continue Sentencing, filing 56, requesting additional time to conduct discovery, investigation and research. During a conference with defense counsel, government's counsel and chambers on August 12, 2010, defense counsel stated he will be filing further pleadings and the government's counsel said that in that event, he will need time in which to respond. Therefore, there being no objection to the continuance,

IT IS ORDERED that:

1. the sentencing hearing is continued to October 5, 2010, at 1:30 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2. the defendant shall be present for the hearing.

Dated August 16, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge