UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09cr3089 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| STEVEN L. GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

The government has filed a Motion Pursuant to Rule 35(b), filing 73. Accordingly,

IT IS ORDERED that:

1. Counsel for the government shall notify the court when the motion pursuant to Rule 35(b), filing 73, is ripe for decision. The motion shall not be decided until counsel for the government certifies that the motion is at issue;

2. Counsel for the defendant, if previously appointed pursuant to the Criminal Justice Act, is reappointed to represent the defendant for purposes of the Rule 35 (b) motion. If retained, counsel for the defendant remains as counsel for the defendant until the Rule 35(b) motion is resolved or until given leave to withdraw;

3. The Federal Public Defender shall provide CJA counsel with a new voucher;

4. The clerk of the court shall mail a copy of this order to the Federal Public Defender.

Dated October 5, 2011.

                                      BY THE COURT

                                      s/ Warren K. Urbom
                                      United States Senior District Judge