IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:09CR3089** |
| vs. | |
| STEVEN J. GRAY, | **RELEASE ORDER** |
| Defendant. | |

The defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for September 21, 2017 at 10:00 a.m.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

June 12, 2017.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge